United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

No. 97-3051

_____

Jeffrey Kurtzman,               *

                                  *

         Appellant,           *     Appeal from the United States

                                  *     District Court for the

     v.                      *     Eastern District of Missouri.

                                  *

Washington University, a Benevolent    *        [UNPUBLISHED]

Corporation,                  *

                                  *

         Appellee.            *

_____

Submitted: March 10, 1998

Filed: March 17, 1998

_____

Before BOWMAN, FLOYD R. GIBSON, and MORRIS SHEPPARD ARNOLD,
      Circuit Judges.

_____

PER CURIAM.

     Jeffrey Kurtzman sued The Washington University, claiming disparate-treatment sex and race discrimination, denial of due process, and breach of contract. The District Court[1] granted summary judgment for the defendant and dismissed the First Amended Complaint. The court also denied Kurtzman's untimely motion for leave to file a

---

     [1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

Second Amended Complaint. Kurtzman appeals the orders granting summary judgment and denying his motion for leave to amend.

Having considered the briefs, the record, and the arguments of the parties, we find no error of law or abuse of discretion in the District Court's rulings. We also find that the case does not offer sufficient precedential value to warrant an opinion. Accordingly, we forego extended discussion.

The judgment of the District Court is AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.